Certificate Number: 14912-PAE-DE-030808369

Bankruptcy Case Number: 17-18663



14912-PAE-DE-030808369

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>April 1, 2018</u>, at <u>11:56</u> o'clock <u>PM EDT</u>, <u>Andrew Arroyo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 2, 2018</u>                By:    <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>