Certificate Number: 14912-PAE-DE-030808368

Bankruptcy Case Number: 17-18663



14912-PAE-DE-030808368

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2018</u>, at <u>11:56</u> o'clock <u>PM EDT</u>, <u>Abbigale Arroyo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 2, 2018</u>            By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>